1/16/19 12:16PM

# United States Bankruptcy Court
### Western District of Virginia

In re  **Sheila Cornelia Faulkner**                                       Case No.  **19-60003**

                                    Debtor(s)                             Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 10, 2019**, a copy of **the Chapter 13 Plan**, in conformity with the requirements of Federal Rule of Bankruptcy Procedure 7004, under Local Rule 3015-1(B), where applicable, was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Charlottesville Pain Management**
**2050 Abbey Road**
**Charlottesville, VA 22911**

**Charlottesville Pain Management**
**PO Box 7096**
**Stockton, CA 95267**

**Charlottesville Radiology LTD**
**PO Box 197**
**State College, PA 16804-0197**

**Charlottesville Radiology LTD**
**PO Box 371863**
**Pittsburgh, PA 15250**

**Charlottesville Radiology Ltd.**
**PO Box 2545**
**Virginia Beach, VA 23450-2545**

**Clarence Bowen**
**P.O. Box 7545**
**Charlottesville, VA 22906**

**Clarence Bowen**
**P.O. Box 7545**
**Charlottesville, VA 22906**

**CMRE Financial Services**
**Attn: Bankruptcy**
**3075 E Imperial Hwy  Ste 200**
**Brea, CA 92811**

**CMRE Financial Services**
**Attn: Bankruptcy**
**3075 E Imperial Hwy  Ste 200**
**Brea, CA 92811**

**CMRE Financial Svcs, Inc.**
**3075 E Imperial Hwy, Ste 200**
**Brea, CA 92821**

**Comcast**
**PO Box 3005**
**Southeastern, PA 19398**

**Comcast**
**3912 LEnox Avenue**
**Charlottesville, VA 22901**

**Comenitybank/New York**
**Attn:  Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 43218**

**Credit Acceptance**
**25505 West 12 Mile Rd**
**Suite 3000**
**Southfield, MI 48034**

1/16/19 12:16PM

**Credit Control Corp**
**Po Box 120568**
**Newport News, VA 23612**

**Credit Control Corp**
**Po Box 120568**
**Newport News, VA 23612**

**Dish Network**
**PO Box 105169**
**Atlanta, GA 30348-5169**

**Dish Network**
**Dept. 0063**
**Palatine, IL 60055**

**Dish Network**
**P.O. Box 7203**
**Pasadena, CA 91109**

**Diversified Consultants, Inc.**
**PO Box 551268**
**Jacksonville, FL 32255**

**Diversified Consultants, Inc.**
**PO Box 1391**
**Southgate, MI 48195**

**ERC**
**P.O. Box 23870**
**Jacksonville, FL 32241**

**FedLoan Servicing**
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

**FedLoan Servicing**
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

**FedLoan Servicing**
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

**Fingerhut Direct Marketing**
**PO Box 166**
**Newark, NJ 07101-0166**

**Ginnys/Swiss Colony Inc**
**Attn: Credit Department**
**Po Box 2825**
**Monroe, WI 53566**

**Greene Comprehensive Family Dentist**
**140 Stoneridge Dr S #200**
**Ruckersville, VA 22968**

**Greene Comprehensive Family Dentist**
**118 Stoneridge Drive, Suite A**
**Ruckersville, VA 22968**

**Greene County Treasurer's Office**
**PO Box 157**
**Stanardsville, VA 22973**

**Internal Revenue Service**
**Insolvency Unit**
**400 N 8th St Ste 76**
**Richmond, VA 23219-4836**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Jefferson Capital Systems, LLC**

1/16/19 12:16PM

**Po Box 1999**
**Saint Cloud, MN 56302**

**Medexpress Billing**
**PO Box 719**
**Dellslow, WV 26531**

**Mid America Bank & Trust**
**PO Box 5235**
**Sioux Falls, SD 57117**

**MidAmerica Bank & Trust Company**
**Attn: Bankruptcy**
**Po Box 400**
**Dixon, MO 65459**

**National Recovery Agency**
**P.O. Box 67015**
**Harrisburg, PA 17106**

**Progress One Financial, LLC**
**6121 Bridleford Dr**
**Wesley Chapel, FL 33545**

**Rappahannock Electric Co Op**
**13252 Cedar Run Church Road**
**Culpeper, VA 22701**

**Rappahannock Electric Cooperative**
**PO Box 34849**
**Alexandria, VA 22334**

**Rappahannock Electric Cooperative**
**PO Box 34757**
**Alexandria, VA 22334**

**Rent-A-Center**
**918 Preston Av**
**Charlottesville, VA 22903**

**Rent-A-Center**
**1920 Rio Hill Ctr**
**Charlottesville, VA 22901**

**Rent-A-Center**
**918 Preston Av**
**Charlottesville, VA 22903**

**Security Check**
**Attn: Bankruptcy Dept**
**2612 Jackson Ave W**
**Oxford, MS 38655**

**Sentara Collections**
**PO Box 79698**
**Baltimore, MD 21279-0698**

**Sentara Healthcare**
**PO Box 79698**
**Baltimore, MD 21279-0698**

**Sentara Martha Jefferson Hospital**
**P.O. Box 759132**
**Baltimore, MD 21275-9132**

**Sentara Martha Jefferson Medical &**
**Surgical Associates**
**590 Peter Jefferson Pkwy**
**Charlottesville, VA 22911**

**Sentara Martha Medical Group**
**P.O. Box 1583**
**Charlottesville, VA 22902**

**Sprint**
**PO Box 4191**
**Carol Stream, IL 60197-4192**

**Suntrust Bank**

1/16/19 12:16PM

**P.O. Box 85024**
**Richmond, VA 23285-5024**

**Suntrust Bank**
**P.O. Box 26150**
**Richmond, VA 23260**

**The Rahman Group**
**8002 Discovery Drive Ste 311-A**
**Henrico, VA 23229**

**Total Card, Inc.**
**PO Box 84110**
**Sioux Falls, SD 57118**

**UVA Health System**
**PO Box 530272**
**Patient Financial Services**
**Atlanta, GA 30353**

**UVA Health System - Bankruptcy Dept**
**Attn: Amber**
**PO Box 800750**
**Charlottesville, VA 22908**

**UVA Imaging**
**PO Box 637248**
**Cincinnati, OH 45263-7248**

**UVA Medical Center**
**PO Box 530272**
**Patient Financial Services**
**Atlanta, GA 30353**

**UVA Physicians Group**
**4105 Lewis & Clark Drive**
**Charlottesville, VA 22911**

**Valley Credit Service, Inc.**
**PO Box 2162**
**Hagerstown, MD 21742**

**Virginia Breast Care**
**595 Peter Jefferson Pkwy Ste 320**
**Charlottesville, VA 22911**

**Virginia Department of Taxation**
**Bankruptcy Unit**
**PO Box 2156**
**Richmond, VA 23218-2156**

**Wells Fargo Dealer Services**
**Attn: Bankruptcy**
**Po Box 19657**
**Irvine, CA 92623**

**/s/ Larry L. Miller**
**Larry L. Miller**
**Miller Law Group, P.C.**
**485 Hillsdale Drive**
**Suite 341**
**Charlottesville, VA 22901**
**434-974-9776Fax:434-973-6773**

1/16/19 12:16PM

Fill in this information to identify your case:

| Debtor 1 | **Sheila Cornelia Faulkner** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **WESTERN DISTRICT OF VIRGINIA**

Case number:     **19-60003**

(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113
# Chapter 13 Plan                                                                                                  12/17

## Part 1: Notices

**To Debtor(s):**   **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:**   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1   Debtor(s) will make regular payments to the trustee as follows:**

**$144** per **bi-weekly** for **60** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*
☑   Debtor(s) will make payments pursuant to a payroll deduction order.
☐   Debtor(s) will make payments directly to the trustee.
☐   Other (specify method of payment):

**2.3 Income tax refunds.**
*Check one.*
☑   Debtor(s) will retain any income tax refunds received during the plan term.

APPENDIX D                                                   Chapter 13 Plan                                                   Page 1

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5    The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $18,720.00**.

## Part 3:    Treatment of Secured Claims

**3.1    Maintenance of payments and cure of default, if any.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2    Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| **Credit Acceptance** | **2007 Kia Optima 127,000 miles NADA Value - $4,200** | **$2,369.00** | **6.00%** | **$72.07** <br> Disbursed by: <br> ☑ Trustee <br> ☐ Debtor(s) | **$2,594.52** |

*Insert additional claims as needed.*

**3.4    Lien avoidance**.

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| **Wells Fargo Dealer Services** | **2007 GMC Envoy Denali 175,000 miles** <br> **NADA Value - $8,350** |

*Insert additional claims as needed.*

| Part 4: | **Treatment of Fees and Priority Claims** |
|---|---|

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**1,860.00**.

**4.3** **Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**3,950.00**.

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ The debtor(s) estimate the total amount of other priority claims to be **$4,419.45**

**4.5** **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |
|---|---|

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $        .
☑ **2.00**  % of the total amount of these claims, an estimated payment of $ **760.00**    .
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ **0.00**    . Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** **Other separately classified nonpriority unsecured claims.** *Check one*.

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Part 6: | **Executory Contracts and Unexpired Leases** |
|---|---|

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments to trustee |
|---|---|---|---|---|---|
| Clarence Bowen | Residential Lease | $1,050.00<br>Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $1,550.00 | | $1,550.00 |
| Rent-A-Center | 1 bed, 1 TV and Furniture | **Pro Rata**<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $0.00 | | $3,508.21 |

*Insert additional contracts or leases as needed.*

**Part 7:** **Vesting of Property of the Estate**

**7.1** **Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☑ plan confirmation.
☐ entry of discharge.
☐ other: _____

**Part 8:** **Nonstandard Plan Provisions**

**8.1** **Check "None" or List Nonstandard Plan Provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*
**The debtors propose to make adequate protection payments other than as provided in Local Rule 4001-2.
Unless otherwise provided herein, the monthly payment amounts listed in Parts 3.2 and 3.3 of this Chapter 13 Plan will be paid as adequate protection beginning prior to confirmation to the holders of allowed secured claims.**

**1. Any unsecured proof of claim for a deficiency which results from the surrender and liquidation of the collateral noted in paragraph 3.5 of this plan must be filed by the earlier of the following dates or such claim will be forever barred: (1) within 180 days of the date of the first confirmation order confirming a plan which provides for the surrender of said collateral, or (2) within the time period set for the filing of an unsecured deficiency claim as established by any order granting relief from the automatic say with respect to said collateral.
Said unsecured proof of claim for a deficiency must include appropriate documentation establishing that the collateral surrendered has been liquidated, and the proceeds applied, in accordance with applicable state law.**

**2. Any fees, expenses, or charges accruing on claims set forth in paragraph 3.1 of this Plan which are noticed to the debtor pursuant to Bankruptcy Rule 3002.1(c) shall not require modification of the debtor's plan to pay them. Instead, any such fees, expenses, or charges shall, if allowed, be payable by the debtor outside the Plan unless the debtor chooses to modify the plan to provide for them.**

**--All creditors must timely file a proof of claim to receive any payment from the Trustee.
--If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object**

1/16/19 12:16PM

Debtor  **Sheila Cornelia Faulkner**                    Case number  **19-60003**

**to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.**
**--If a claim is listed in the Plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.**
**--The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.**

Part 9:    **Signature(s):**

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional.  The attorney for Debtor(s), if any, must sign below.*

| X | **/s/ Sheila Cornelia Faulkner** | X |   |
|---|---|---|---|
|   | **Sheila Cornelia Faulkner** |   | Signature of Debtor 2 |
|   | Signature of Debtor 1 |   |   |

Executed on    **January 10, 2019**                    Executed on

| X | **/s/ Larry L. Miller** | Date | **January 10, 2019** |
|---|---|---|---|
|   | **Larry L. Miller** |   |   |
|   | Signature of Attorney for Debtor(s) |   |   |

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

1/16/19 12:16PM

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | | |
|---|---|---|---|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | | **$0.00** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | | **$0.00** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | | **$2,594.52** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | | **$10,229.45** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | | **$767.82** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | | **$3,508.21** |
| j. | **Nonstandard payments** *(Part 8, total)* | + | **$0.00** |
| | **Total of lines a through j** | | **$17,100.00** |

1/16/19 12:16PM

Fill in this information to identify your case:

Debtor 1        **Sheila Cornelia Faulkner**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number    **19-60003**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Certified Nursing Assistant | |
   | Employer's name | Monroe Health & Rehabilitation Center | |
   | Employer's address | 1150 Northwest Drive<br>Charlottesville, VA 22901 | |
   | How long employed there? | 13 years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,854.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 4,854.00 | $ N/A |

Official Form 106I                **Schedule I: Your Income**                page 1

Debtor 1  **Sheila Cornelia Faulkner**  Case number (*if known*)  **19-60003**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
|  | **Copy line 4 here** | 4. $ **4,854.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. $ **1,177.00** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: **Dental** | 5h.+ $ **25.00** + | $ **N/A** |
|  | **Medical** | $ **191.00** | $ **N/A** |
|  | **STD** | $ **57.00** | $ **N/A** |
|  | **Vision** | $ **6.00** | $ **N/A** |
|  | **Vol Life EE** | $ **38.00** | $ **N/A** |
|  | **Vol Add Ins** | $ **3.00** | $ **N/A** |
|  | **Lincoln LTD** | $ **13.00** | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ **1,510.00**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ **3,344.00**   $ **N/A**

8. **List all other income regularly received:**
   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ **0.00**   $ **N/A**
   8b. **Interest and dividends**   8b. $ **0.00**   $ **N/A**
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ **197.00**   $ **N/A**
   8d. **Unemployment compensation**   8d. $ **0.00**   $ **N/A**
   8e. **Social Security**   8e. $ **0.00**   $ **N/A**
   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:   8f. $ **0.00**   $ **N/A**
   8g. **Pension or retirement income**   8g. $ **0.00**   $ **N/A**
   8h. **Other monthly income.** Specify:   8h.+ $ **0.00** + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ **197.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **3,541.00** + $ **N/A** = $ **3,541.00**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ **3,541.00**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:   **Note: Debtor receives child support arrears in the amount of $197, however she does not receive the payments on a regular consistent basis.**

Official Form 106I  **Schedule I: Your Income**  page 2

1/16/19 12:16PM

**Fill in this information to identify your case:**

Debtor 1      **Sheila Cornelia Faulkner**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number    **19-60003**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.     ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ **1,050.00**

   **If not included in line 4:**

   4a.   Real estate taxes                                                    4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance                         4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses                       4c. $ **0.00**
   4d.   Homeowner's association or condominium dues                         4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Official Form 106J                        **Schedule J: Your Expenses**                         page 1

Debtor 1  **Sheila Cornelia Faulkner**                              Case number (if known)  **19-60003**

6. **Utilities:**
   6a. Electricity, heat, natural gas                                         6a. $ **320.00**
   6b. Water, sewer, garbage collection                                       6b. $ **80.00**
   6c. Telephone, cell phone, Internet, satellite, and cable services         6c. $ **0.00**
   6d. Other. Specify: **Cell Phone**                                         6d. $ **67.00**
              **Cable**                                                            $ **100.00**
              **Internet**                                                          $ **29.00**
7. **Food and housekeeping supplies**                                          7. $ **650.00**
8. **Childcare and children's education costs**                                8. $ **0.00**
9. **Clothing, laundry, and dry cleaning**                                     9. $ **150.00**
10. **Personal care products and services**                                   10. $ **125.00**
11. **Medical and dental expenses**                                           11. $ **75.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                              12. $ **350.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ **75.00**
14. **Charitable contributions and religious donations**                      14. $ **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                       15a. $ **0.00**
    15b. Health insurance                                                     15b. $ **0.00**
    15c. Vehicle insurance                                                    15c. $ **148.00**
    15d. Other insurance. Specify:                                            15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: **Personal Property Taxes**                                       16. $ **12.00**
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                                           17a. $ **0.00**
    17b. Car payments for Vehicle 2                                           17b. $ **0.00**
    17c. Other. Specify:                                                      17c. $ **0.00**
    17d. Other. Specify:                                                      17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $ **0.00**
19. **Other payments you make to support others who do not live with you.**    $ **0.00**
    Specify:                                                                  19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property                                          20a. $ **0.00**
    20b. Real estate taxes                                                    20b. $ **0.00**
    20c. Property, homeowner's, or renter's insurance                         20c. $ **0.00**
    20d. Maintenance, repair, and upkeep expenses                             20d. $ **0.00**
    20e. Homeowner's association or condominium dues                          20e. $ **0.00**
21. **Other:** Specify:                                                       21. +$ **0.00**

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                  $ **3,231.00**
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.              $ **3,231.00**

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.       23a. $ **3,541.00**
    23b. Copy your monthly expenses from line 22c above.                      23b. -$ **3,231.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                             23c. $ **310.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.         Explain here: **Note: Debtor's boyfriend lives with her and pays his own expenses; boyfriend helps Debtos with housekeeping.**

Faulkner, Sheila - 19-60003

CHARLOTTESVILLE PAIN MANAGEMENT
2050 ABBEY ROAD
CHARLOTTESVILLE, VA 22911

CHARLOTTESVILLE PAIN MANAGEMENT
PO BOX 7096
STOCKTON, CA 95267

CHARLOTTESVILLE RADIOLOGY LTD
PO BOX 197
STATE COLLEGE, PA 16804-0197

CHARLOTTESVILLE RADIOLOGY LTD
PO BOX 371863
PITTSBURGH, PA 15250

CHARLOTTESVILLE RADIOLOGY LTD.
PO BOX 2545
VIRGINIA BEACH, VA 23450-2545

CLARENCE BOWEN
P.O. BOX 7545
CHARLOTTESVILLE, VA 22906

CMRE FINANCIAL SERVICES
ATTN: BANKRUPTCY
3075 E IMPERIAL HWY STE 200
BREA, CA 92811

CMRE FINANCIAL SVCS, INC.
3075 E IMPERIAL HWY, STE 200
BREA, CA 92821

COMCAST
PO BOX 3005
SOUTHEASTERN, PA 19398

COMCAST
3912 LENOX AVENUE
CHARLOTTESVILLE, VA 22901

COMENITYBANK/NEW YORK
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

Faulkner, Sheila - 19-60003

CREDIT ACCEPTANCE
25505 WEST 12 MILE RD
SUITE 3000
SOUTHFIELD, MI 48034

CREDIT CONTROL CORP
PO BOX 120568
NEWPORT NEWS, VA 23612

DISH NETWORK
PO BOX 105169
ATLANTA, GA 30348-5169

DISH NETWORK
DEPT. 0063
PALATINE, IL 60055

DISH NETWORK
P.O. BOX 7203
PASADENA, CA 91109

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255

DIVERSIFIED CONSULTANTS, INC.
PO BOX 1391
SOUTHGATE, MI 48195

ERC
P.O. BOX 23870
JACKSONVILLE, FL 32241

FEDLOAN SERVICING
ATTN: BANKRUPTCY
PO BOX 69184
HARRISBURG, PA 17106

FINGERHUT DIRECT MARKETING
PO BOX 166
NEWARK, NJ 07101-0166

Faulkner, Sheila - 19-60003


GINNYS/SWISS COLONY INC
ATTN: CREDIT DEPARTMENT
PO BOX 2825
MONROE, WI 53566


GREENE COMPREHENSIVE FAMILY DENTIST
140 STONERIDGE DR S #200
RUCKERSVILLE, VA 22968


GREENE COMPREHENSIVE FAMILY DENTIST
118 STONERIDGE DRIVE, SUITE A
RUCKERSVILLE, VA 22968


GREENE COUNTY TREASURER'S OFFICE
PO BOX 157
STANARDSVILLE, VA 22973


INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
400 N 8TH ST STE 76
RICHMOND, VA 23219-4836


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 1999
SAINT CLOUD, MN 56302


MEDEXPRESS BILLING
PO BOX 719
DELLSLOW, WV 26531


MID AMERICA BANK & TRUST
PO BOX 5235
SIOUX FALLS, SD 57117


MIDAMERICA BANK & TRUST COMPANY
ATTN: BANKRUPTCY
PO BOX 400
DIXON, MO 65459

Faulkner, Sheila - 19-60003

NATIONAL RECOVERY AGENCY
P.O. BOX 67015
HARRISBURG, PA 17106

PROGRESS ONE FINANCIAL, LLC
6121 BRIDLEFORD DR
WESLEY CHAPEL, FL 33545

RAPPAHANNOCK ELECTRIC CO OP
13252 CEDAR RUN CHURCH ROAD
CULPEPER, VA 22701

RAPPAHANNOCK ELECTRIC COOPERATIVE
PO BOX 34849
ALEXANDRIA, VA 22334

RAPPAHANNOCK ELECTRIC COOPERATIVE
PO BOX 34757
ALEXANDRIA, VA 22334

RENT-A-CENTER
918 PRESTON AV
CHARLOTTESVILLE, VA 22903

RENT-A-CENTER
1920 RIO HILL CTR
CHARLOTTESVILLE, VA 22901

SECURITY CHECK
ATTN: BANKRUPTCY DEPT
2612 JACKSON AVE W
OXFORD, MS 38655

SENTARA COLLECTIONS
PO BOX 79698
BALTIMORE, MD 21279-0698

SENTARA HEALTHCARE
PO BOX 79698
BALTIMORE, MD 21279-0698

SENTARA MARTHA JEFFERSON HOSPITAL
P.O. BOX 759132
BALTIMORE, MD 21275-9132

Faulkner, Sheila - 19-60003

SENTARA MARTHA JEFFERSON MEDICAL &
SURGICAL ASSOCIATES
590 PETER JEFFERSON PKWY
CHARLOTTESVILLE, VA 22911

SENTARA MARTHA MEDICAL GROUP
P.O. BOX 1583
CHARLOTTESVILLE, VA 22902

SPRINT
PO BOX 4191
CAROL STREAM, IL 60197-4192

SUNTRUST BANK
P.O. BOX 85024
RICHMOND, VA 23285-5024

SUNTRUST BANK
P.O. BOX 26150
RICHMOND, VA 23260

THE RAHMAN GROUP
8002 DISCOVERY DRIVE STE 311-A
HENRICO, VA 23229

TOTAL CARD, INC.
PO BOX 84110
SIOUX FALLS, SD 57118

UVA HEALTH SYSTEM
PO BOX 530272
PATIENT FINANCIAL SERVICES
ATLANTA, GA 30353

UVA HEALTH SYSTEM - BANKRUPTCY DEPT
ATTN: AMBER
PO BOX 800750
CHARLOTTESVILLE, VA 22908

UVA IMAGING
PO BOX 637248
CINCINNATI, OH 45263-7248

Faulkner, Sheila - 19-60003

UVA MEDICAL CENTER
PO BOX 530272
PATIENT FINANCIAL SERVICES
ATLANTA, GA 30353


UVA PHYSICIANS GROUP
4105 LEWIS & CLARK DRIVE
CHARLOTTESVILLE, VA 22911


VALLEY CREDIT SERVICE, INC.
PO BOX 2162
HAGERSTOWN, MD 21742


VIRGINIA BREAST CARE
595 PETER JEFFERSON PKWY STE 320
CHARLOTTESVILLE, VA 22911


VIRGINIA DEPARTMENT OF TAXATION
BANKRUPTCY UNIT
PO BOX 2156
RICHMOND, VA 23218-2156


WELLS FARGO DEALER SERVICES
ATTN: BANKRUPTCY
PO BOX 19657
IRVINE, CA 92623