3/01/19 4:42PM

# United States Bankruptcy Court
## Western District of Virginia

In re  **Sheila Cornelia Faulkner**                                    Case No.  **19-60003**

Debtor(s)                                                                Chapter  **13**

## AMENDED CHAPTER 13 PLAN COVER SHEET AND NOTICE OF HEARING

The attached plan is an amended plan that replaces the ☐ confirmed or ☑ unconfirmed plan dated **01/16/2019**.

The Court shall hold a hearing on confirmation of the attached plan and any timely filed objections on **April 11, 2019** at **9:30am** at **Room 200, US Courthouse 255 W. Main St. Charlottesville, VA 22902**

The following describes the section(s) of the plan being amended, the change in treatment, the affected creditor(s), and the impact of the change:

| Section of Plan | Change in Treatment | Creditor | Impact of Change |
|---|---|---|---|
| 3.3 | To pay claim in full | F&S Financial Marketing<br>1400 Richmond Rd 2nd Fl<br>Charlottesville, VA 22911-3509 | Pays claim in full |
| 3.5 | To surrender property | Trailways Federal Credit Union<br>1160 Pepsi Place<br>Suite 110-B<br>Charlottesville, VA 22901 | Surrenders Property |

**/s/ Larry L. Miller**
**Larry L. Miller**
Counsel for Debtor(s)

*Counsel for the debtor shall file a separate certification of mailing and/or service of the amended chapter 13 plan and this cover sheet, unless the Court orders otherwise.*

3/01/19 4:42PM

# United States Bankruptcy Court
## Western District of Virginia

In re **Sheila Cornelia Faulkner**　　　　　　　　　　　　　　　Case No. **19-60003**

Debtor(s)　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 1, 2019**, a copy of **the Amended Plan**, in conformity with the requirements of Federal Rule of Bankruptcy Procedure 7004, under Local Rule 3015-1(B), where applicable, was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Charlottesville Pain Management**
**2050 Abbey Road**
**Charlottesville, VA 22911**

**Charlottesville Pain Management**
**PO Box 7096**
**Stockton, CA 95267**

**Charlottesville Radiology LTD**
**PO Box 197**
**State College, PA 16804-0197**

**Charlottesville Radiology LTD**
**PO Box 371863**
**Pittsburgh, PA 15250**

**Charlottesville Radiology Ltd.**
**PO Box 2545**
**Virginia Beach, VA 23450-2545**

**Clarence Bowen**
**P.O. Box 7545**
**Charlottesville, VA 22906**

**Clarence Bowen**
**P.O. Box 7545**
**Charlottesville, VA 22906**

**CMRE Financial Services**
**Attn: Bankruptcy**
**3075 E Imperial Hwy  Ste 200**
**Brea, CA 92811**

**CMRE Financial Services**
**Attn: Bankruptcy**
**3075 E Imperial Hwy  Ste 200**
**Brea, CA 92811**

**CMRE Financial Svcs, Inc.**
**3075 E Imperial Hwy, Ste 200**
**Brea, CA 92821**

**Comcast**
**PO Box 3005**
**Southeastern, PA 19398**

**Comcast**
**3912 LEnox Avenue**
**Charlottesville, VA 22901**

**Comenitybank/New York**
**Attn:  Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 43218**

**Credit Control Corp**
**Po Box 120568**
**Newport News, VA 23612**

**Credit Control Corp**

**Po Box 120568**
**Newport News, VA 23612**

**Dish Network**
**PO Box 105169**
**Atlanta, GA 30348-5169**

**Dish Network**
**Dept. 0063**
**Palatine, IL 60055**

**Dish Network**
**P.O. Box 7203**
**Pasadena, CA 91109**

**Diversified Consultants, Inc.**
**PO Box 551268**
**Jacksonville, FL 32255**

**Diversified Consultants, Inc.**
**PO Box 1391**
**Southgate, MI 48195**

**ERC**
**P.O. Box 23870**
**Jacksonville, FL 32241**

**F&S Financial Marketing**
**1400 Richmond Rd 2nd Fl**
**Charlottesville, VA 22911-3509**

**FedLoan Servicing**
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

**FedLoan Servicing**
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

**FedLoan Servicing**
**Attn: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**

**Fingerhut Direct Marketing**
**PO Box 166**
**Newark, NJ 07101-0166**

**Ginnys/Swiss Colony Inc**
**Attn: Credit Department**
**Po Box 2825**
**Monroe, WI 53566**

**Greene Comprehensive Family Dentist**
**140 Stoneridge Dr S #200**
**Ruckersville, VA 22968**

**Greene Comprehensive Family Dentist**
**118 Stoneridge Drive, Suite A**
**Ruckersville, VA 22968**

**Greene County Treasurer's Office**
**PO Box 157**
**Stanardsville, VA 22973**

**Internal Revenue Service**
**Insolvency Unit**
**400 N 8th St Ste 76**
**Richmond, VA 23219-4836**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Jefferson Capital Systems, LLC**
**Po Box 1999**

**Saint Cloud, MN 56302**

**Medexpress Billing**
**PO Box 719**
**Dellslow, WV 26531**

**Mid America Bank & Trust**
**PO Box 5235**
**Sioux Falls, SD 57117**

**MidAmerica Bank & Trust Company**
**Attn: Bankruptcy**
**Po Box 400**
**Dixon, MO 65459**

**National Recovery Agency**
**P.O. Box 67015**
**Harrisburg, PA 17106**

**Progress One Financial, LLC**
**6121 Bridleford Dr**
**Wesley Chapel, FL 33545**

**Rappahannock Electric Co Op**
**13252 Cedar Run Church Road**
**Culpeper, VA 22701**

**Rappahannock Electric Cooperative**
**PO Box 34849**
**Alexandria, VA 22334**

**Rappahannock Electric Cooperative**
**PO Box 34757**
**Alexandria, VA 22334**

**Rent-A-Center**
**918 Preston Av**
**Charlottesville, VA 22903**

**Rent-A-Center**
**1920 Rio Hill Ctr**
**Charlottesville, VA 22901**

**Rent-A-Center**
**918 Preston Av**
**Charlottesville, VA 22903**

**Security Check**
**Attn: Bankruptcy Dept**
**2612 Jackson Ave W**
**Oxford, MS 38655**

**Sentara Collections**
**PO Box 79698**
**Baltimore, MD 21279-0698**

**Sentara Healthcare**
**PO Box 79698**
**Baltimore, MD 21279-0698**

**Sentara Martha Jefferson Hospital**
**P.O. Box 759132**
**Baltimore, MD 21275-9132**

**Sentara Martha Jefferson Medical &**
**Surgical Associates**
**590 Peter Jefferson Pkwy**
**Charlottesville, VA 22911**

**Sentara Martha Medical Group**
**P.O. Box 1583**
**Charlottesville, VA 22902**

**Sprint**
**PO Box 4191**
**Carol Stream, IL 60197-4192**

**Suntrust Bank**
**P.O. Box 85024**

**Richmond, VA 23285-5024**

**Suntrust Bank**
**P.O. Box 26150**
**Richmond, VA 23260**

**The Rahman Group**
**8002 Discovery Drive Ste 311-A**
**Henrico, VA 23229**

**Total Card, Inc.**
**PO Box 84110**
**Sioux Falls, SD 57118**

**Trailways Federal Credit Union**
**1160 Pepsi Place**
**Suite 110-B**
**Charlottesville, VA 22901**

**UVA Health System**
**PO Box 530272**
**Patient Financial Services**
**Atlanta, GA 30353**

**UVA Health System - Bankruptcy Dept**
**Attn: Amber**
**PO Box 800750**
**Charlottesville, VA 22908**

**UVA Imaging**
**PO Box 637248**
**Cincinnati, OH 45263-7248**

**UVA Medical Center**
**PO Box 530272**
**Patient Financial Services**
**Atlanta, GA 30353**

**UVA Physicians Group**
**4105 Lewis & Clark Drive**
**Charlottesville, VA 22911**

**Valley Credit Service, Inc.**
**PO Box 2162**
**Hagerstown, MD 21742**

**Virginia Breast Care**
**595 Peter Jefferson Pkwy Ste 320**
**Charlottesville, VA 22911**

**Virginia Department of Taxation**
**Bankruptcy Unit**
**PO Box 2156**
**Richmond, VA 23218-2156**

**/s/ Larry L. Miller**
**Larry L. Miller**
**Miller Law Group, P.C.**
**485 Hillsdale Drive**
**Suite 341**
**Charlottesville, VA 22901**
**434-974-9776Fax:434-973-6773**

3/01/19  4:42PM

Fill in this information to identify your case:

| Debtor 1 | **Sheila Cornelia Faulkner** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF VIRGINIA**

Case number:   **19-60003**
(If known)

☑ Check if this is an amended plan, and list below the sections of the plan that have been changed.
2.1,2.4,2.5,3.3,3.5 and 5.1

Official Form 113
# Chapter 13 Plan                                                                                                          12/17

## Part 1:   Notices

**To Debtor(s):**   **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:**   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**
You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2:   Plan Payments and Length of Plan

**2.1**   **Debtor(s) will make regular payments to the trustee as follows:**

**$208.00** per **Bi-Weekly** for **60** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2**   **Regular payments to the trustee will be made from future income in the following manner.**

*Check all that apply:*
☑ Debtor(s) will make payments pursuant to a payroll deduction order.
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**
   *Check one.*
   ☑ Debtor(s) will retain any income tax refunds received during the plan term.

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**

*Check one.*

☐ **None.** If "None" is checked, the rest of § 2.4 need not be completed or reproduced.

☑ Debtor(s) will make additional payment(s) to the trustee from other sources, as specified below. Describe the source, estimated amount, and date of each anticipated payment.
**Plus funds received of $288.00 as of 03/01/2019.  Payments to resume 03/30/2019.**

**2.5** The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $<u>**27,328.00**</u>.

### Part 3:  Treatment of Secured Claims

**3.1** **Maintenance of payments and cure of default, if any.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2** **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| **F&S Financial Marketing** | **2007 Kia Optima 127,000 miles NADA Value - $4,200** | **$8,568.72** | **6.00%** | **$260.68** <br> Disbursed by: <br> ☑ Trustee <br> ☐ Debtor(s) | **$9,384.35** |

*Insert additional claims as needed.*

**3.4** **Lien avoidance**.

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

| Official Form 113 | **Chapter 13 Plan** | Page 2 |
|---|---|---|
| Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

*Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
- ☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of Creditor** | **Collateral** |
|---|---|
| **Trailways Federal Credit Union** | **2007 GMC Envoy Denali 175,000 miles**<br>**NADA Value - $8,350** |

*Insert additional claims as needed.*

### Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**2,728.80**.

**4.3 Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**3,950.00**.

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
- ☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
- ☑ The debtor(s) estimate the total amount of other priority claims to be **$4,419.45**

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
- ☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
- ☐ The sum of $     .
- ☑  **4.00**  % of the total amount of these claims, an estimated payment of $  **1,600.00**  .
- ☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $  **0.00**  . Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

- ☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3 Other separately classified nonpriority unsecured claims.** *Check one*.

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

### Part 6: Executory Contracts and Unexpired Leases

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☐ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

☑ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments to trustee |
|---|---|---|---|---|---|
| **Clarence Bowen** | **Residential Lease** | $0.00 | $1,500.00 | | $1,500.00 |
| | | Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | | | |
| **Rent-A-Center** | **1 bed, 1 cell phone** | $0.00 | $0.00 | | $3,628.02 |
| | | Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | | | |

*Insert additional contracts or leases as needed.*

### Part 7: Vesting of Property of the Estate

**7.1** **Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
☑ plan confirmation.
☐ entry of discharge.
☐ other: _____

### Part 8: Nonstandard Plan Provisions

**8.1** **Check "None" or List Nonstandard Plan Provisions**
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*
**The debtors propose to make adequate protection payments other than as provided in Local Rule 4001-2.**
**Unless otherwise provided herein, the monthly payment amounts listed in Parts 3.2 and 3.3 of this Chapter 13 Plan will be paid as adequate protection beginning prior to confirmation to the holders of allowed secured claims.**

**1. Any unsecured proof of claim for a deficiency which results from the surrender and liquidation of the collateral noted in paragraph 3.5 of this plan must be filed by the earlier of the following dates or such claim will be forever barred: (1) within 180 days of the date of the first confirmation order confirming a plan which provides for the surrender of said collateral, or (2) within the time period set for the filing of an unsecured deficiency claim as established by any order granting relief from the automatic say with respect to said collateral.**
**Said unsecured proof of claim for a deficiency must include appropriate documentation establishing that the collateral surrendered has been liquidated, and the proceeds applied, in accordance with applicable state law.**

**2. Any fees, expenses, or charges accruing on claims set forth in paragraph 3.1 of this Plan which are noticed to the debtor pursuant to Bankruptcy Rule 3002.1(c) shall not require modification of the debtor's plan to pay them.  Instead, any such fees, expenses, or charges shall, if allowed, be payable by the debtor outside the Plan unless the debtor chooses to modify the plan to provide for them.**

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

**--All creditors must timely file a proof of claim to receive any payment from the Trustee.**
**--If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.**
**--If a claim is listed in the Plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.**
**--The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.**

Part 9:   **Signature(s):**

**9.1    Signatures of Debtor(s) and Debtor(s)' Attorney**
*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

| X | **/s/ Sheila Cornelia Faulkner** | X | |
|---|---|---|---|
| | **Sheila Cornelia Faulkner** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Executed on   **March  1, 2019**                     Executed on

| X | **/s/ Larry L. Miller** | Date | **March  1, 2019** |
|---|---|---|---|
| | **Larry L. Miller** | | |
| | Signature of Attorney for Debtor(s) | | |

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

| Debtor | **Sheila Cornelia Faulkner** | Case number | **19-60003** |
|---|---|---|---|

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | **$0.00** |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | **$0.00** |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | **$9,384.35** |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | **$0.00** |
| e. | **Fees and priority claims** *(Part 4 total)* | **$11,098.25** |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | **$1,677.38** |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | **$0.00** |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | **$0.00** |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | **$3,628.02** |
| j. | **Nonstandard payments** *(Part 8, total)*                                      + | **$0.00** |

**Total of lines a through j**      **$25,788.00**

Faulkner, Sheila - 19-60003

CHARLOTTESVILLE PAIN MANAGEMENT
2050 ABBEY ROAD
CHARLOTTESVILLE, VA 22911

CHARLOTTESVILLE PAIN MANAGEMENT
PO BOX 7096
STOCKTON, CA 95267

CHARLOTTESVILLE RADIOLOGY LTD
PO BOX 197
STATE COLLEGE, PA 16804-0197

CHARLOTTESVILLE RADIOLOGY LTD
PO BOX 371863
PITTSBURGH, PA 15250

CHARLOTTESVILLE RADIOLOGY LTD.
PO BOX 2545
VIRGINIA BEACH, VA 23450-2545

CLARENCE BOWEN
P.O. BOX 7545
CHARLOTTESVILLE, VA 22906

CLARENCE BOWEN
P.O. BOX 7545
CHARLOTTESVILLE, VA 22906

CMRE FINANCIAL SERVICES
ATTN: BANKRUPTCY
3075 E IMPERIAL HWY  STE 200
BREA, CA 92811

CMRE FINANCIAL SERVICES
ATTN: BANKRUPTCY
3075 E IMPERIAL HWY  STE 200
BREA, CA 92811

CMRE FINANCIAL SVCS, INC.
3075 E IMPERIAL HWY, STE 200
BREA, CA 92821

COMCAST
PO BOX 3005
SOUTHEASTERN, PA 19398

Faulkner, Sheila - 19-60003

COMCAST
3912 LENOX AVENUE
CHARLOTTESVILLE, VA 22901

COMENITYBANK/NEW YORK
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

CREDIT CONTROL CORP
PO BOX 120568
NEWPORT NEWS, VA 23612

CREDIT CONTROL CORP
PO BOX 120568
NEWPORT NEWS, VA 23612

DISH NETWORK
PO BOX 105169
ATLANTA, GA 30348-5169

DISH NETWORK
DEPT. 0063
PALATINE, IL 60055

DISH NETWORK
P.O. BOX 7203
PASADENA, CA 91109

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255

DIVERSIFIED CONSULTANTS, INC.
PO BOX 1391
SOUTHGATE, MI 48195

ERC
P.O. BOX 23870
JACKSONVILLE, FL 32241

F&S FINANCIAL MARKETING
1400 RICHMOND RD 2ND FL
CHARLOTTESVILLE, VA 22911-3509

Faulkner, Sheila - 19-60003

FEDLOAN SERVICING
ATTN: BANKRUPTCY
PO BOX 69184
HARRISBURG, PA 17106

FEDLOAN SERVICING
ATTN: BANKRUPTCY
PO BOX 69184
HARRISBURG, PA 17106

FEDLOAN SERVICING
ATTN: BANKRUPTCY
PO BOX 69184
HARRISBURG, PA 17106

FINGERHUT DIRECT MARKETING
PO BOX 166
NEWARK, NJ 07101-0166

GINNYS/SWISS COLONY INC
ATTN: CREDIT DEPARTMENT
PO BOX 2825
MONROE, WI 53566

GREENE COMPREHENSIVE FAMILY DENTIST
140 STONERIDGE DR S #200
RUCKERSVILLE, VA 22968

GREENE COMPREHENSIVE FAMILY DENTIST
118 STONERIDGE DRIVE, SUITE A
RUCKERSVILLE, VA 22968

GREENE COUNTY TREASURER'S OFFICE
PO BOX 157
STANARDSVILLE, VA 22973

INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
400 N 8TH ST STE 76
RICHMOND, VA 23219-4836

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Faulkner, Sheila - 19-60003

JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 1999
SAINT CLOUD, MN 56302

MEDEXPRESS BILLING
PO BOX 719
DELLSLOW, WV 26531

MID AMERICA BANK & TRUST
PO BOX 5235
SIOUX FALLS, SD 57117

MIDAMERICA BANK & TRUST COMPANY
ATTN: BANKRUPTCY
PO BOX 400
DIXON, MO 65459

NATIONAL RECOVERY AGENCY
P.O. BOX 67015
HARRISBURG, PA 17106

PROGRESS ONE FINANCIAL, LLC
6121 BRIDLEFORD DR
WESLEY CHAPEL, FL 33545

RAPPAHANNOCK ELECTRIC CO OP
13252 CEDAR RUN CHURCH ROAD
CULPEPER, VA 22701

RAPPAHANNOCK ELECTRIC COOPERATIVE
PO BOX 34849
ALEXANDRIA, VA 22334

RAPPAHANNOCK ELECTRIC COOPERATIVE
PO BOX 34757
ALEXANDRIA, VA 22334

RENT-A-CENTER
918 PRESTON AV
CHARLOTTESVILLE, VA 22903

RENT-A-CENTER
1920 RIO HILL CTR
CHARLOTTESVILLE, VA 22901

Faulkner, Sheila - 19-60003

RENT-A-CENTER
918 PRESTON AV
CHARLOTTESVILLE, VA 22903


SECURITY CHECK
ATTN: BANKRUPTCY DEPT
2612 JACKSON AVE W
OXFORD, MS 38655


SENTARA COLLECTIONS
PO BOX 79698
BALTIMORE, MD 21279-0698


SENTARA HEALTHCARE
PO BOX 79698
BALTIMORE, MD 21279-0698


SENTARA MARTHA JEFFERSON HOSPITAL
P.O. BOX 759132
BALTIMORE, MD 21275-9132


SENTARA MARTHA JEFFERSON MEDICAL &
SURGICAL ASSOCIATES
590 PETER JEFFERSON PKWY
CHARLOTTESVILLE, VA 22911


SENTARA MARTHA MEDICAL GROUP
P.O. BOX 1583
CHARLOTTESVILLE, VA 22902


SPRINT
PO BOX 4191
CAROL STREAM, IL 60197-4192


SUNTRUST BANK
P.O. BOX 85024
RICHMOND, VA 23285-5024


SUNTRUST BANK
P.O. BOX 26150
RICHMOND, VA 23260


THE RAHMAN GROUP
8002 DISCOVERY DRIVE STE 311-A
HENRICO, VA 23229

Faulkner, Sheila - 19-60003

TOTAL CARD, INC.
PO BOX 84110
SIOUX FALLS, SD 57118


TRAILWAYS FEDERAL CREDIT UNION
1160 PEPSI PLACE
SUITE 110-B
CHARLOTTESVILLE, VA 22901


UVA HEALTH SYSTEM
PO BOX 530272
PATIENT FINANCIAL SERVICES
ATLANTA, GA 30353


UVA HEALTH SYSTEM - BANKRUPTCY DEPT
ATTN: AMBER
PO BOX 800750
CHARLOTTESVILLE, VA 22908


UVA IMAGING
PO BOX 637248
CINCINNATI, OH 45263-7248


UVA MEDICAL CENTER
PO BOX 530272
PATIENT FINANCIAL SERVICES
ATLANTA, GA 30353


UVA PHYSICIANS GROUP
4105 LEWIS & CLARK DRIVE
CHARLOTTESVILLE, VA 22911


VALLEY CREDIT SERVICE, INC.
PO BOX 2162
HAGERSTOWN, MD 21742


VIRGINIA BREAST CARE
595 PETER JEFFERSON PKWY STE 320
CHARLOTTESVILLE, VA 22911


VIRGINIA DEPARTMENT OF TAXATION
BANKRUPTCY UNIT
PO BOX 2156
RICHMOND, VA 23218-2156